**01–1759. Smith v. Republic–Franklin Ins. Co.**
Delaware App. No. 01CAE08036. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of the motion of appellant Republic–Franklin Insurance Company for a stay of the judgment of the court of appeals and a stay of the trial in the court of common pleas, and upon consideration of appellant's notice that the trial court has stayed the trial set

for October 8, 2001,

IT IS ORDERED by the court that the motion for stay be and hereby is dismissed as moot.